IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEAN MARK GOTTSCHALK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. |
| | * | 1:09-CV-1013-BBM |
| | * | |
| KAREN ANN GOTTSCHALK, | * | |
| ET AL., | * | |
| | * | |
| Defendants. | * | |

## STATE DEFENDANTS' RULE 26 INITIAL DISCLOSURES

Comes now the State Defendants, by counsel, the Attorney General for the State of Georgia, and file their Initial Disclosures.

1.

If the defendants are improperly identified, state defendants' correct identification and state whether defendants will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.

RESPONSE: The State Defendants do not challenge their identification and counsel will accept service of an amended summons and complaint. The State Defendants do not agree to accept service for any additional or new parties.

2.

Provide the names of any parties whom Defendant contends are necessary parties to this action, but who have not been named by Plaintiff. If Defendant contends that there is a question or misjoinder of parties, provide the reasons for defendants' contention.

RESPONSE: The State Defendants do not contend that there is an issue of misjoinder.

3.

Provide a detailed factual basis for the defense or defenses and any counterclaims or cross-claims asserted by Defendant in the responsive pleading.

RESPONSE: The State Defendants have filed a motion to dismiss which sets forth factually and legally the defenses and reasons for dismissal of this action. (doc-91). In summary, Plaintiff is barred by the plain language of federal law; Plaintiff has failed to state a claim; and State Defendants are entitled to immunities.

4.

Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which Defendants contend are applicable to this action.

RESPONSE: The State Defendants submit that the case law presented in the pre answer motion to dismiss is applicable to this action. (doc-91).

5.

Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

RESPONSE: Plaintiff and the named Defendants are likely to have information about this action. The parties can be contacted through their respective counsel of record. Further, the State Defendants hereby adopt the lists of individuals which may be submitted by other named Defendants.

6.

Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in F.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Mandatory Disclosures as Attachment B).

RESPONSE: Defendant is not aware of any such individual at this time.

7.

Provide a copy of, or description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that are relevant to disputed facts alleged with particularity in the pleadings. (Attach document list and descriptions to Responses to Mandatory Disclosures as Attachment C).

RESPONSE: Any documents that may be relied upon by the State Defendants have been filed with Court as attachments to motions or notices. In addition, other documents associated with the underlying divorce proceeding may be applicable. Further, the State Defendants hereby adopt the lists of documents which may be submitted by other named Defendants.

8.

In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Responses to Mandatory Disclosures as Attachment D).

RESPONSE: The State Defendants are not seeking damages, or claiming injury.

9.

If Defendant contends that some other person or legal entity is, in whole or in part, liable to the Plaintiff or Defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.

RESPONSE: The State Defendants do not claim that any other person or entity is liable to Plaintiff.

10.

Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Responses to Mandatory Disclosures as Attachment E).

RESPONSE: To the extent that insurance is applicable in this case, a copy of the relevant policy is available for review in the office of the Attorney General by appointment during regular business hours.

Respectfully submitted, this 16th day of October, 2009.

        THURBERT E. BAKER
        Georgia Bar No. 033887
        Attorney General

        KATHLEEN M. PACIOUS
        Georgia Bar No. 558555
        Deputy Attorney General

        /s/ Devon Orland
        DEVON ORLAND
        Georgia Bar No. 554301
        Senior Assistant Attorney General

        /s/ Eddie Snelling, Jr.
        EDDIE SNELLING, JR.
        Georgia Bar No. 665725
        Senior Assistant Attorney General

Please Serve:

EDDIE SNELLING, JR.
40 Capitol Square, S.W.
Atlanta, GA  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304

## **CERTIFICATION AS TO FONT**

Pursuant to N.D. Ga. Local Rule 7.1 D, I hereby certify that this document is submitted in Times New Roman 14 point type as required by N.D. Ga. Local Rule 5.1(b).

/s/ Eddie Snelling, Jr.
Georgia Bar No. 665725
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this day, October 16, 2009, I electronically filed the STATE DEFENDANTS' MOTION TO STAY DISCOVERY with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Barbara M. Lassiter | Michael Manely, Stephanie Steele |
| Bill Rowling, Deborah Dance | Heather McGrotty, Anna Mackowiak |
| Alan Herman | Wayne Phillips |
| Brantley Rowlen | Ronald Masterson |
| Shannon Sprinkle | |

Prior to filing the same, by depositing a copy thereof, postage prepaid, in the United States Mail, properly addressed upon:

**Dean Gottschalk**
**2589 Bethwith Trail**
**Marietta, GA  30068**

/s/ Eddie Snelling, Jr.
EDDIE SNELLING, JR.
Georgia Bar No. 665725
Senior Assistant Attorney General

Please Serve:
DEVON ORLAND
EDDIE SNELLING, JR.
40 Capitol Square, S.W.
Atlanta, GA  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304